O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE PITTMAN MITCHELL,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. CV 14-0580 SVW (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, Petitioner's original and amended Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Plaintiff's Objections generally reiterate the arguments made in the Complaint, and lack merit for the reasons set forth in the Report and Recommendation.[1]  There is one issue, however, that warrants brief amplification here.

In her Objections, Plaintiff takes issue with the Report and Recommendation's non-dispositive and unpublished nature. (Objections at 1-4.) However, absent the

---

[1] Additionally, the Court declines Plaintiff's invitation to "forgive [her] prejudice" and "consider[ the Magistrate Judge's] heritage of India." (Objections at 6.)

prior consent of all parties otherwise, only a District Court may issue a final order disposing of a case. *See* 28 U.S.C. § 636(b)(1)(A). And, typically, a Report and Recommendation's contents become published upon a District Court's acceptance.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered dismissing this action without prejudice; and
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: January 5, 2016

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE