JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE PITTMAN MITCHELL, | Case No. CV 14-0580 SVW (JCG) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 5, 2016      _____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE